**SEYFARTH SHAW LLP**
Minh Vu (Admitted *Pro Hac Vice*)
975 F Street, NW
Washington, DC 20004
Telephone:  (202) 463-2300
Facsimile:   (202) 828-5393
E-mail: mvu@seyfarth.com

**SEYFARTH SHAW LLP**
Ashley N. Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
Wilshire Suite Hotel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>               Plaintiff,<br><br>     v.<br><br>WILSHIRE SUITE HOTEL, INC., a California Corporation; and DOES 1-10,<br><br>               Defendants. | Case No. 2:20-cv-11779-ODW-PLA<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: May 17, 2021<br>Time: 1:30 P.M.<br>CtRm: 5D |

1

**TO PLAINTIFF DWAIN LAMMEY AND HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on May 17, 2021 at 1:30 P.M. in Courtroom 5D before the Honorable Otis D. Wright II of the U.S. District Court, Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Wilshire Suite Hotel, Inc. ("Defendant") will and hereby does move this Court for an order granting its Motion to Dismiss Plaintiff Dwain Lammey's ("Plaintiff") Complaint pursuant to the Federal Rule of Civil Procedure 12(b)(6). This motion is made on the grounds that Plaintiff's Complaint fails to allege sufficient facts as required by *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) to state a claim.

This Motion is based on this Notice and accompanying Memorandum of Points and Authorities in support thereof, Request for Judicial Notice and exhibits thereto, the pleadings and records on file with this Court, and any evidence and argument as may be presented at or before the hearing on this matter. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 18, 2021.

DATED: March 8, 2021

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Ashley N. Arnett*
    Ashley N. Arnett
    Minh N. Vu (admitted *Pro Hac Vice*)
    Attorneys for Defendant
    Wilshire Suite Hotel, Inc.