JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DWAIN LAMMEY,<br><br>            Plaintiff,<br><br>      v.<br><br>WILSHIRE SUITE HOTEL, INC.; a California Corporation; and DOES 1–10,<br><br>            Defendants. | Case No. 2:20-cv-11779-ODW (PLAx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's first cause of action, violation of the Americans with Disabilities Act, is dismissed on the merits and with prejudice;
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's second cause of action, violation of the Unruh Civil Rights Act, and dismisses that claim without prejudice.

**IT IS SO ORDERED.**

August 10, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**